```
Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4479
Fax: (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com
```

Attorneys for Defendants Chiricahua Community Health Centers, Inc., Jon Melk and Darlene Melk

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ADAM BRAKE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CHIRICAHUA COMMUNITY HEALTH CENTERS, INC., an Arizona nonprofit corporation, and JON MELK, an individual, and, DARLENE MELK, husband and wife,, <br><br> Defendants/Counterclaimants. | No. 4:24-cv-00302-RM <br><br> **Joint Stipulation for Extension of Time for Defendants to Respond to Plaintiff's Amended Complaint** |

The undersigned parties stipulate and agree that the time for Defendants Chiricahua Community Health Centers, Inc., Jon Melk and Darlene Melk to answer or otherwise responsively plead to Plaintiff's Amended Complaint may be extended to and including July 2, 2024. The parties so stipulate to accommodate a recent death in the family of counsel for Defendants. The parties agree that Plaintiff's agreement to this stipulation does not waive Plaintiff's right to seek remand of the matter to Arizona Superior Court.

/ / /

/ / /

117173023.1

DATED this 24th day of June, 2024.

| COUNXEL | JONES, SKELTON & HOCHULI P.L.C. |
|---|---|
| By /s/ Aaron S. Ludwig (w/ permission)<br>Timothy Coons, Esq.<br>Aaron S. Ludwig<br>2222 S. Dobson Rd., Suite 1104<br>Mesa, AZ 85202<br>Attorneys for Plaintiff | By /s/ Gordon Lewis<br>Gordon Lewis<br>Stephanie D. Baldwin<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>Attorneys for Defendants Chiricahua Community Health Centers, Inc., Jon Melk and Darlene Melk |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Timothy Coons, Esq.
Aaron S. Ludwig
COUNXEL
2222 S. Dobson Rd., Suite 1104
Mesa, Arizona 85202
TCoons@counxel.com
ALudwig@counxel.com
Attorneys for Plaintiff


/s/ Megan Axlund

2

117173023.1