**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ADAM BRAKE, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHIRICAHUA COMMUNITY HEALTH CENTERS, INC., an Arizona nonprofit corporation, and JON MELK, an individual, and, DARLENE MELK, husband and wife,<br><br>　　　　　　　　　Defendants/Counterclaimants. | No. 4:24-cv-00302-RM<br><br>**Proposed Order** |

Pursuant to the Parties' Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** extending the time for Defendants to file a responsive pleading to Plaintiff's Amended Complaint to July 2, 2024. This extension does not waive Plaintiff's right to seek remand of the matter to Arizona Superior Court.

DATED this _____ day of June, 2024.


By _____
　　The Honorable Rosemary Marquez
　　United States District Judge

117173143.1